UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| LEROY BROWN | CIVIL ACTION NO. 09-1477-P |
| VERSUS | JUDGE WALTER |
| JAMES LEBLANC, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's remaining claims, claim #6 regarding the violation of his constitutional rights and claim #12, are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this ___ day of _July_ 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE